UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 DEC -8 AM 7: 44
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P.R.

LUIS M. SANTINI ROSADO
    Plaintiff,

V.                     CIVIL NO. 98-1687 (RLA)

BANCO BILBAO VIZCAYA,
    Defendant.

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 11/22/99  Docket # 20<br>[X] Plff   [ ] Defts<br>[ ] Other<br><br>Title: Informative Motion | NOTED. Counsel are reminded of their responsibility to comply with the deadlines established in the undersigned's Order Revising Discovery Deadlines....(docket No. 19, filed on July 7, 1999). |

December 7, 1999
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:    EOD:

By:    # 21

3