UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 JAN -3 AM 8 56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

LUIS M. SANTINI ROSADO
    Plaintiff,

V.                    CIVIL NO. 98-1687 (RLA)

BANCO BILBAO VIZCAYA,
    Defendant.

# O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 12/27/99  Docket # 22<br>[X] Defts<br><br>Title: Motion to Withdraw | Leave to withdraw is **GRANTED**. Defendants shall announce new legal representation **on or before January 14, 2000**.<br><br>Defendants are admonished that the Joint Pretrial Order is still due on January 26, 2000, in preparation for the February 16, 2000 jury trial. |

December 29, 1999
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:    EOD:

By:    # 23