RECEIVED & FILED
'00 JAN 21 PM 3. 58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS M. SANTINI ROSADO
    Plaintiff,

        V.                        CIVIL NO. 98-1687 (RLA)

BANCO BILBAO VIZCAYA,
    Defendant.

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed: 1/12/00    Docket # 24** [X] **Defts** **Title: Motion Assuming Legal Representation** | **NOTED.** The parties are reminded that the Joint Pretrial Order is due on January 26, 2000, in preparation for the February 16, 2000 jury trial. |

January ___ , 2000
    **Date**

**RAYMOND L. ACOSTA**
**U.S. District Judge**

| Rec'd: | EOD: |
|---|---|
| **By:** | **#** 25 |

3