IN THE UNITED STATES DISTRICT COURT RECEIVED & FILED
FOR THE DISTRICT OF PUERTO RICO   '00 JAN 28 ᴹ 11: 04

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

| | | |
|---|---|---|
| LUIS M. SANTINI-ROSADO, | ' | |
| Plaintiff, | ' | |
| v. | ' | CIVIL NO. 98-1687 (RLA) |
| BANCO BILBAO VIZCAYA, | ' | |
| Defendant. | ' | |

------------------------------------'

## ORDER DENYING SECOND REQUEST FOR CONTINUANCE
## OF DISCOVERY PROCEEDINGS
## AND RESCHEDULING PRETRIAL CONFERENCE

The parties have filed a second request for additional time to conclude discovery and for continuance of the imminent Pretrial/Settlement Conference and Trial. For the reasons stated herein we find no justification for the inordinate delay in concluding discovery in these proceedings.

This action was filed on June 15, 1998. One year later, in June of 1999, the parties filed a motion requesting an extension of the discovery deadlines and continuance of the the Pretrial/Settlement Conference scheduled for August 11, 1999, and the Jury Trial scheduled for September 7, 1999, because "although both parties ...h[ad] been actively working on discovery, none of the parties have been able to complete discovery". See docket No. 18, filed on June 21, 1999. At that time the discovery deadlines were extended by the





AO 72
(Rev 8/82)

**CIVIL NO. 98-1687 (RLA)**                                          **Page 2**

Court and the Pretrial/Settlement Conference and Jury Trial were

postponed.

Adopting the parties' **own** proposed revised discovery schedule,

the Court then established the following deadlines for submission of

experts' reports and their depositions:

8/3/99          Deadline for submission of plaintiff's expert witness

                report(s)

8/19/99         Deadline for defendant to identify expert witness(es)

8/30/99         Deadline for deposition of plaintiff's expert(s)

9/03/99         Deadline for submission of defendant's expert witness

                report(s)

9/28/99         Deadline for depositions of defendant's expert(s)

The Court also rescheduled the JURY TRIAL for **February 16, 2000,**

**at 9:30 a.m.**, and the PRETRIAL/SETTLEMENT CONFERENCE for **February 2,**

**2000, at 3:30 p.m.**

It is evident from a review of the motion as well as the record

in this case that neither side in this controversy has abided by the

Court-imposed deadlines. As manifested by the parties' assertion in

this second Motion Requesting Extension of Discovery Deadlines, the

"plaintiff submitted a **preliminary draft** of the economist report on

AO 72
(Rev 8/82)

**CIVIL NO. 98-1687 (RLA)**                                              **Page 3**

_____

Friday January 21, 2000.  **Still pending is the final report and his**

**deposition"**[1] (emphasis ours).

Thus, six-and-a-half months later the Court is informed that

plaintiff's experts' reports which were due on August 3, 1999, are

only beginning to be submitted now, barely THREE WEEKS before the

rescheduled trial date, with the stale excuse that "although both

parties in the present case have been actively working on discovery,

none of the parties have been able to complete discovery..."

Since counsel have no one to blame except their own lack of

diligence for their failure to conclude discovery as ordered, we find

no reason to disregard the case management provisions of this case.

Therefore, the Joint Motion Requesting Extension of Time filed by the

parties on January 26, 2000, is hereby **DENIED**.

It appearing that the parties are not ready for the PRETRIAL

CONFERENCE set for February 2, 2000 the same is hereby **rescheduled**

**for February 8, 2000 at 3:00 p.m.**  The parties shall contact the

chambers of the undersigned to verify where the Conference will be

held.

_____

[1] Apparently still pending as well  is the psychiatric expert's
evaluation of plaintiff, the drafting of her expert report and this
expert's deposition.

AO 72
(Rev 8/82)

CIVIL NO. 98-1687 (RLA)                                          **Page 4**

_____

1

2          The parties shall file the Joint Proposed Pretrial Order in

3    accordance with our Order of July 6, 1999 (docket No. 19), **on or**

4    **before February 2, 2000.**

5          Trial Briefs are due **no later than February 11, 2000,** in

6    accordance with the undersigned's STANDING ORDER FOR CIVIL TRIALS

7    issued on February 10, 1994,  The parties shall make the necessary

8    arrangements with the courtroom deputy clerk to have the evidence

9

10   marked prior to trial.  JURY TRIAL remains scheduled for **February 16,**

11   **2000, at 9:30 a.m.**

12         Counsel are admonished that the failure to comply with any of

13   the deadlines other  terms established in this Order shall result in

14

15   the imposition of sanctions upon them personally and/or dismissal of

16   the complaint, entry of default and/or striking of witnesses.

17   Fre.r.Civ.P.16(f).  See, also, Rosario-Diaz v. Gonzalez, 140 F.3d

18   312, 315 (1st Cir. 1998).

19

20         This Order shall be notified by **FAX** and mail.

21         IT IS SO ORDERED.

22         San Juan, Puerto Rico, this 27 day of January, 2000.

23

24

25                                      RAYMOND L. ACOSTA
                                        United States District Judge
26

AO 72
(Rev 8/82)

CIVIL NO. 98-1687 (RLA)                                    **Page 5**

1

2

                              **SUMMARY OF DEADLINES**

3

4

5    2/2/2000      Deadline for filing of Joint Pretrial Order

6    2/8/2000      PRETRIAL/SETTLEMENT CONFERENCE at **3:00 p.m.**

7
     2/11/2000     Deadline for filing of Trial Briefs
8

9    ******        Parties to meet with courtroom deputy to mark exhibits

10   2/16/2000     JURY TRIAL at **9:30 a.m.**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

AO 72
(Rev 8/82)