IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

*RECEIVED & FILED*
*'00 FEB 22 AM 8:01*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN, P.R.*

1

2   LUIS M. SANTINI-ROSADO,                  '
                                             '
3        Plaintiff,                          '
                                             '
4        v.                                  '        CIVIL NO. 98-1687 (RLA)
                                             '
5   BANCO BILBAO VIZCAYA,                    '
                                             '
6        Defendant.                          '
                                             '
7   _____'

8

9

                        **FINAL JUDGMENT**
10

11       Plaintiff's Motion for Voluntary Dismissal with Prejudice,

12  filed on February 15, 2000 is hereby **GRANTED**.

13       Accordingly, it is hereby ORDERED AND ADJUDGED that the

14  complaint filed in this case be and the same is hereby **DISMISSED**

15  **WITH PREJUDICE** without the imposition of costs, expenses or

16  attorney's fees.

17       It is further ORDERED AND ADJUDGED that this Judgment shall

18  become final and unappealable upon its entry in the docket.

19       IT IS SO ORDERED.

20       In San Juan, Puerto Rico, this 14 day of February, 2000.

21

22

23                                    RAYMOND L. ACOSTA
                                      United States District Judge
24

25

26

AO 72
(Rev 8/82)